966

COURTNEY C. MACDOWELL, Respondent, v. FREDERICK MACDOWELL, Appellant.—

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.

BETTY MYERS, as Administratrix of the Estate of RUSSELL B. MYERS, Deceased, et al., Respondents, v. AVIS, INC., Defendant, and I. T. T. AVIS, INC., et al., Appellants.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.